IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03085-MSK-MJW

STEPHEN C. NEVIN,

Plaintiff(s),

v.

COLORADO ALTITUDE TRAINING, LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Unopposed Motion to Amend the Complaint (Docket No. 18) is granted, and the tendered First Amended Complaint (Docket No. 18-1) is accepted for filing as of the date of this Minute Order.

Date: December 29, 2011